IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YAKOV PISMAN,                                :        Civil No. 3:23-cv-186
                                             :
      Petitioner                             :        (Judge Mariani)
                                             :
v.                                           :
                                             :
WARDEN R. THOMPSON,                          :
                                             :
      Respondent                             :

## ORDER

**AND NOW**, this 10th day of April, 2023, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge