IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YAKOV PISMAN, | : | Civil No. 3:23-cv-186 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN R. THOMPSON, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this ___15th___ day of June, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), Respondent's response (Doc. 9), Petitioner's reply (Doc. 12) to the response, and Petitioner's Rule 59(e) motion (Doc. 13), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **REOPEN** this case.

2. The Clerk of Court is directed to **VACATE** this Court's prior Memorandum and Order (Docs. 10, 11).

3. The petition for writ of habeas corpus is **DENIED**.  (Doc. 1).

4. Petitioner's Rule 59(e) motion (Doc. 13) is **DENIED**.

5. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge